# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TRACY LYNN BALTHASER,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civ. No. 13-3161 |
| | : | |
| **CAROLYN W. COLVIN, Acting Commissioner of Social Security,** | : | |
| Defendant. | : | |
| | : | |

## O R D E R

**AND NOW**, this 18th day of September, 2014, upon consideration of the Plaintiff's Brief and Statement of Issues in Support of Request for Review, Defendant's response thereto, Plaintiff's reply and the record herein, and after review of the Report and Recommendation of United States Magistrate M. Faith Angell (Doc. No. 25) to which no objections have been made, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Claimant's Request for Review is **DENIED**; and

3. **JUDGMENT IS ENTERED** in this case in favor of the Defendant.

                                                      **AND IT IS SO ORDERED.**

                                                     */s/ Paul S. Diamond*
                                                     _____
                                                     Paul S. Diamond, J.